# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00400-CR

**Robert Charles Smith, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT NO. 90-594-K26, HONORABLE WILLIAM S. LOTT, JUDGE PRESIDING

## NO. 03-10-00494-CV

**In re Robert Charles Smith**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

In cause number 03-10-00400-CR, appellant Robert Charles Smith filed a notice of appeal from an order issued by the Texas Court of Criminal Appeals, dismissing his application for writ of habeas corpus. This Court does not have appellate jurisdiction over orders or opinions issued by the Texas Court of Criminal Appeals. *See* Tex. Const. art. V, § 5(a) ("The Court of Criminal Appeals shall have final appellate jurisdiction coextensive with the limits of the state, and its determinations shall be final, in all criminal cases of whatever grade, with such exceptions and under

such regulations as may be provided in this Constitution or as prescribed by law."); *see also* Tex. Code Crim. Proc. art. 4.04 (West 2005). Accordingly, we dismiss the appeal for want of jurisdiction.

In cause number 03-10-00494-CV, Smith filed a petition for writ of mandamus, seeking to compel the trial court to take certain actions related to his appeal in cause number 03-10-00400-CR. Specifically, Smith seeks to compel the trial court to issue certification of his right to appeal, grant his motion to proceed without costs, order preparation of a free record, and appoint counsel to represent him on appeal. Because we dismiss Smith's appeal in cause number 03-10-00400 for want of jurisdiction, we dismiss his petition for writ of mandamus as moot.

_____

Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed: August 20, 2010

Do Not Publish

2